USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **Western** DISTRICT OF **Michigan**

UNITED STATES OF AMERICA

v.

DOUGLAS RAY WILLISON

CRIMINAL NUMBER: 1:09-cr-232

10-CR-198-TUC-DCB-CRP

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, **Douglas Ray Willison**, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the _____ District of **Arizona** in which I, **reside**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 9/18 20 09 at _____

_D. Willison_
(Defendant)

_Grayson M. Riddle_
(Witness)

_Thomas G. Cozon_
(Counsel for Defendant)

_Mark V. Cruiston_
(Assistant United States Attorney)

Approved

_D. A. Davis_  9-22-09
United States Attorney for the
Western _____ District of
Michigan

_Robert L. Miskell, Chief, Crim. Div._
Asst. United States Attorney for the
_____ District of
Arizona, Tucson Division