# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

September 29, 2009

Clerks Office
U.S. District Court
District of Arizona
401 W. Washington St., Rm. 130
Phoenix, AZ 85303



FILED ___ LODGED
RECEIVED ___ COPY
OCT -5 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

RE:  USA v. Douglas Ray Willison
     OUR Case No. 1:09-cr-232  Hon. Gordon J. Quist

Dear Court Personnel:

Pursuant to the Rule 20 transfer over the above-named defendant to the District of Arizona, we are sending as a supplement to documents previously sent, a certified copy of an Order modifying bond and a certified copy of the updated docket sheet.

Please acknowledge receipt of these documents by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

Sincerely,

Tracey Cordes, Clerk

/s/ D. Hand

By: Deputy Clerk

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09-cr-232 |
| ) | |
| v. ) | Honorable Gordon J. Quist |
| ) | |
| DOUGLAS RAY WILLISON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER MODIFYING CONDITIONS OF BOND

Defendant has agreed to enter into a plea agreement in which this matter is transferred to the District of Arizona. Accordingly, IT IS ORDERED that defendant's bond is hereby amended to reflect that defendant may travel to and reside in the District of Arizona. All other conditions of bond remain unchanged. After jurisdiction has been transferred to the District of Arizona, that court may freely amend the bond as it sees fit.

DONE AND ORDERED this 28th day of September, 2009.

/s/ Joseph G. Scoville
United States Magistrate Judge

Certified as a True Copy
By_____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 9-29-09



# United States District Court
## Western District of Michigan (Southern Division (1))
### CRIMINAL DOCKET FOR CASE #: 1:09-cr-00232-GJQ-1
### Internal Use Only

Case title: USA v. Willison

Date Filed: 08/20/2009
Date Terminated: 09/23/2009

Assigned to: Judge Gordon J. Quist

**defendant (1)**

**Douglas Ray Willison**
*TERMINATED: 09/23/2009*

represented by **Thomas J Gezon**
Smietanka, Buckleitner, Steffes & Gezon
4250 Chicago Dr., SW, Ste. B
Grandville, MI 49418
(616) 667-2217
Email: tjg@smietankalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21:841(a)(1), 21:841(b)(1)(B)(vii)
MARIJUANA - SELL, DISTRIBUTE,
OR DISPENSE; possession with intent
to distribute marijuana
(1)

**Disposition**

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

---

**Plaintiff**

USA                                   represented by   **Mark V. Courtade**
                                                       U.S. Attorney (Grand Rapids)
                                                       The Law Bldg.
                                                       330 Ionia Ave., NW
                                                       P.O. Box 208
                                                       Grand Rapids , MI 49501-0208
                                                       (616) 456-2404
                                                       Email: mark.courtade@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2009 | 1 | INDICTMENT as to Douglas Ray Willison (elc) (Entered: 08/25/2009) |
| 08/20/2009 | 2 | MOTION and ORDER to seal case as to Douglas Ray Willison until defendant is arrested, the investigation is completed, or further order of this court; CASE UNSEALED pursuant to appearance of defendant Douglas Ray Willison on 8/25/09 ; signed by Magistrate Judge Hugh W. Brenneman, Jr (elc) (Entered: 08/25/2009) |
| 08/20/2009 | 3 | (Court only) ***WARRANT issued by Magistrate Judge Hugh W. Brenneman, Jr for arrest of defendant Douglas Ray Willison (elc) (Entered: 08/25/2009) |
| 08/25/2009 |   | CASE UNSEALED as to Douglas Ray Willison pursuant to appearance of defendant on 8/25/09 (elc) (Entered: 08/25/2009) |
| 08/25/2009 |   | ARREST of Douglas Ray Willison (dmh) (Entered: 08/25/2009) |
| 08/25/2009 | 4 | ARREST WARRANT RETURNED EXECUTED; defendant Douglas Ray Willison arrested on 8/25/2009 (dmh) (Entered: 08/25/2009) |
| 08/25/2009 |   | (Court only) ***Attorney update in case as to Douglas Ray Willison; attorney Thomas J Gezon added for Douglas Ray Willison (dmh) (Entered: 08/25/2009) |
| 08/25/2009 | 5 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant Douglas Ray Willison ; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, dmh) (Entered: 08/25/2009) |
| 08/25/2009 | 6 | MINUTES held before Magistrate Judge Joseph G. Scoville; FIRST APPEARANCE and ARRAIGNMENT of defendant Douglas Ray Willison (1) on Count 1; CASE UNSEALED; deft stood mute; Counsel to contact the |

| 09/28/2009 |    | (NON-DOCUMENT) ORDER REFERRING MOTION for bond *To Amend Conditions of Bond* 12 filed by Douglas Ray Willison to Magistrate Judge Joseph G. Scoville pursuant to 28 U.S.C. 636(b)(1)(A)(Judge Gordon J. Quist, jmt) (Entered: 09/28/2009) |
|---|---|---|
| 09/28/2009 | 15 | ORDER modifying conditions of bond as to defendant Douglas Ray Willison; signed by Magistrate Judge Joseph G. Scoville (Magistrate Judge Joseph G. Scoville, mmh) (Entered: 09/28/2009) |
| 09/28/2009 |    | (NON-DOCUMENT) NOTICE CANCELLING 10/1/2009 FPTC/PLEA as to Douglas Ray Willison(Judge Gordon J. Quist, jmt) (Entered: 09/28/2009) |