DENNIS K. BURKE
United States Attorney
District of Arizona
DAVID A. KERN
State Bar No. 012027
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
david.kern@usdoj.gov
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 10-198 TUC DCB (CRP) |
|---|---|
| Plaintiff, | |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| DOUGLAS RAY WILLISON | |
| Defendant. | |

The United States of America, by and through, DENNIS K. BURKE, United States Attorney for the District of Arizona, and DAVID A. KERN, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

This indictment seeks forfeiture of property pursuant to 21 U.S.C. 853. The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of a 2006 Mercedes Benz R-500, VIN 4JGCB75EX6A019061.

Respectfully submitted this 29th day of January, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*s/ David A. Kern*

DAVID A. KERN
Assistant U.S. Attorney

1  Original filed and a copy of the foregoing
   mailed this 29th day of January, 2010, to:
2

   Bruce Heurlin, Esq.
3  Law Offices of Heurlin Sherlock Panahi
   1636 N. Swan Rd, Ste. 200
4  Tucson, Arizona 85712
   Attorney for Douglas R. Willison
5

6  _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28