UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　v.<br>DOUGLAS RAY WILLISON,<br>　　　　Defendant. | CR 10-198 TUC DCB (CRP)<br>**ORDER REGARDING CRIMINAL FORFEITURE OF PROPERTY IN GOVERNMENT CUSTODY** |

This matter comes before the Court on the motion of the United States for an Order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

WHEREAS, the property in question includes the following asset: 2006 Mercedes Benz R-500, VIN 4JGCB75EX6A019061; and

WHEREAS, the seized property is already in the lawful custody of the Government; and

WHEREAS, the Government has represented to the Court that it will maintain and preserve the seized property throughout the pending criminal case so that they will be available for forfeiture; and

WHEREAS, Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), which is applicable to this case, requires that the Government, in order to maintain custody of property for the purpose of criminal forfeiture, must take steps to preserve the property under Title 21, United States Code, Section 853; and

WHEREAS, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property,

IT IS HEREBY ORDERED, that the United States and its agencies, including the Drug Enforcement Agency (DEA) and/or the U.S. Marshals Service, are authorized to maintain and preserve the seized property until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

DATED this 16th day of February, 2010.

_____
CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE