# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### [CRIMINAL ORDER - MINUTE ENTRY]

Case No.     **CR 10-00198-TUC-DCB [CRP]**          Date: **FEBRUARY 18, 2010**

Title:     **USA v. DOUGLAS RAY WILLISON**

---

### HONORABLE CHARLES R. PYLE

---

PROCEEDINGS:     ☐ Open Court     ☐ Chambers     ■ Other

The Court having been briefed by U.S. Pretrial Services, and the Court finding that a status conference, with the Defendant and counsel, U.S. Pretrial Services and the Government present, is necessary and appropriate;

**IT IS ORDERED** that this matter is set for a Status Conference on **TUESDAY, MARCH 9, 2010, AT 10:30 A.M.**, before U.S. Magistrate Judge Charles R. Pyle, Courtroom 5F. DEFENDANT'S PRESENCE IS MANDATORY. The Clerk of the Court is directed to furnish a copy of this Order to U.S. Pretrial Services Officer Soona Moussa.

_____
CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE