DENNIS K. BURKE
United States Attorney
District of Arizona
DAVID A. KERN
Assistant U.S. Attorney
State Bar No. 12027
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.kern@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Douglas Ray Willison,<br><br>　　　　　Defendant. | CR 10-198-TUC-DCB(CRP)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that David A. Kern, Assistant United States Attorney for the District of Arizona, is representing the United States of America, as co-counsel along with Reese V. Boswick, in the above-captioned matter.

　　　Respectfully submitted this 24th day of February, 2010

　　　　　　　　　　　　　　　　　　　　DENNIS K. BURKE
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　　*s/David A. Kern*

　　　　　　　　　　　　　　　　　　　　DAVID A. KERN
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Copy of the foregoing served electronically
or by other means this 24th day of February, 2010, to:

Bruce Heurlin, Esq.