# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003

**RONNIE HONEY**
CHIEF DEPUTY CLERK
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
**405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701**

April 7, 2010

US District Court
Clerk's Office
399 Federal Building
110 Michigan St, NW
Grand Rapids, MI 49503

Dear Clerk of Court:

RE: CR-10-198-TUC-DCB, DOUGLAS RAY WILLISON

Enclosed are the transfer documents pursuant to F.R.Crim.P. 20(c).  The documents include:

1)   Certified copy of docket sheet
2)   Order dated 4/5/2010


Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to this office.

                                         Sincerely,

                                         RICHARD H. WEARE, DCE/CLERK


                                         By: *s/Johnnie Kaye Montgomery*
                                         Johnnie Kaye Montgomery, Deputy Clerk