

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF
COURT Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003

April 7, 2010

US District Court
Clerk's Office
399 Federal Building 110
Michigan St, NW Grand
Rapids, MI 49503

1:09-cr-232
Gordon J Quist
U.S. District Judge

COPY - FILED - GR
April 16, 2010 10:47 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Dear Clerk of Court:

RE: CR-10-198-TUC-DCB, DOUGLAS RAY WILLISON

Enclosed are the transfer documents pursuant to F.R.Crim.P. 20(c). The documents include:

1) Certified copy of docket sheet
2) Order dated 4/5/2010

Please acknowledge receipt of the enclosed documents by signing and dating the attached copy of this letter and return it to this office.

Sincerely,

RICHARD H. WEARE, DCE/CLERK

By: s/Johnnie Kaye Montgomery
Johnnie Kaye Montgomery, Deputy Clerk